

Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 2 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Thomas | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew his plea of not guilty to count two of the indictment and entered a plea of guilty to that count. Defendant was informed of his rights. Judgment of guilty entered on count two. Any remaining count to be dismissed on government's motion at the time of sentencing. Trial as to this defendant is vacated. Status hearing to order PSI report and set sentencing set for 4/10/09 at 9:30 a.m. Plea Agreement filed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG -5 PM 2:40

FILED-FDI